**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7791**

KENNETH SWEETING,

              Plaintiff – Appellant,

        v.

M. STANFORD, Head Nurse; DR. REPKO, Optometrist (eye doctor); DR. THOMPSON, Head Doctor,

              Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Norman K. Moon, Senior District Judge.  (7:11-cv-00334-NKM-RSB)

Submitted:  March 14, 2013          Decided:  April 3, 2013

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth Sweeting, Appellant Pro Se. Carlene Booth Johnson, PERRY LAW FIRM, PC, Dillwyn, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM

Kenneth Sweeting appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Sweeting's motions to appoint counsel and to compel return of legal materials and affirm for the reasons stated by the district court. <u>Sweeting v. M. Stanford</u>, No. 7:11-cv-00334-NKM-RSB (W.D. Va. Sept. 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>